AO91 (Rev. 12/03)  Criminal Complaint                                                                                        AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**         **CRIMINAL COMPLAINT**
                    vs.

Bekir BULUC                                             Case Number: 7:10-po-06307
A070 851 359
　　AKA Bekir  CELEB
 IAE
 Turkey   YOB:  1968

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about  December 20, 2010  in  Hidalgo  County, in the  Southern District Of Texas  defendant(s) did,

Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;

in violation of Title     8     United States Code, Section(s)    1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

Bekir Buluc was encountered by Border Patrol Agents near Hidalgo, Texas on December 20, 2010.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Turkey, who had entered the United States illegally on December 20, 2010 by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Martinez, Gilberto  Border Patrol Agent
Signature of Complainant

Martinez, Gilberto    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 21, 2010                                    at    McAllen, Texas
Date                                                             City/State

Name of Judge          Title of Judge                Signature of Judge